NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3066

KARYN THOMAS,

Petitioner,

v.

DEPARTMENT OF TRANSPORTATION,

Respondent.

Alan K. Hahn, Hahn Law Firm, of San Diego, California, argued for petitioner.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3066

KARYN THOMAS,

Petitioner,

v.

DEPARTMENT OF TRANSPORTATION,

Respondent.

# Judgment

ON APPEAL from the     Merit Systems Protection Board

In CASE NO(S).     SF0752070403-I-2.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, PLAGER, and SCHALL, <u>Circuit Judges</u>).

**<u>AFFIRMED</u>.** <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED    August 7, 2009        */s/ Jan Horbaly*

Jan Horbaly, Clerk